IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SD FERTILIZER, LLC, d/b/a<br>CONSUMER SERVICE COMPANY,<br><br>   Plaintiff,<br><br> v.<br><br>FERTILIZER EQUIPMENT<br>SPECIALISTS, INC.,<br><br>   Defendant and<br>   Cross Claimant,<br><br> v.<br><br>MID-SOUTH AG, SOUTHEAST AG<br>EQUIPMENT, INC., A.L. BAUCOM<br>TRANSPORTATION, INC.; DEL PETERSON<br>AND ASSOCIATES, INC., AND DEL<br>PETERSON & ASSOCIATES EQUIPMENT<br>SALES, INC.,<br>   Defendants to<br>   Cross Complaint. | 8:06CV746<br><br>ORDER |

  Upon notice of settlement given to the magistrate judge on May 21, 2007 by plaintiff's status report (Filing No. 48) and the plaintiff's oral motion for an extension of time made on June 27, 2007,

  **IT IS ORDERED that:**

  1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before July 13, 2007**.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

  2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

  DATED this 27th day of June, 2007.

              BY THE COURT:

               s/Thomas D. Thalken
               United States Magistrate Judge